NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SONY INTERACTIVE ENTERTAINMENT LLC,**
*Appellant*

**v.**

**INTELLECTUAL PIXELS LIMITED,**
*Appellee*

---

2022-1546

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01248.

---

**JUDGMENT**

---

JAMES MURPHY DOWD, Wilmer Cutler Pickering Hale and Dorr LLP, Los Angeles, CA, argued for appellant. Also represented by HENRY NIKOGOSYAN; MARK DONNELL FLANAGAN, JOSEPH F. HAAG, Palo Alto, CA.

DOUGLAS R. WILSON, Armond Wilson LLP, Austin, TX, argued for appellee. Also represented by MICHELLE ARMOND, JOSEPHER LI, PATRICK MALONEY, Newport Beach, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 8, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court